UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**NEREIDA DEL RIO PEREZ, et als.,**
**Plaintiff**

**v.**                                                                   CIVIL NO. 05-2019(DRD)

**ASTRA MERCK, INC., et als.,**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/20/05<br>[X] **Plff**           [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF DISMISSAL<br><br>**DOCKET NO. 5** | **GRANTED**. Plaintiffs in the instant case filed a notice of voluntary dismissal. They request the Court to dismissed the herein case. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendant herein have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against defendants.<br><br>Judgment will be issued accordingly. |

**Date**:   January 5, 2006                                         S/ Daniel R. Dominguez
                                                                              **DANIEL R. DOMINGUEZ**
                                                                              **U.S. DISTRICT JUDGE**